

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00402-CV

**IN THE INTEREST OF E.E.V.** and D.D.F., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02923
Honorable Peter A. Sakai, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as an indigent under TEX. R. APP. P. 20.

SIGNED September 11, 2013.

_____
Catherine Stone, Chief Justice